UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1737**

Case Title: **Charlie Omar Coleman** vs. **Brandon Kent, Correctional Officer, et al.**

List all clients you represent in this appeal:

**Brandon Kent**
**Wayne Allen**
**Michael Leach**

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☒ Appellee      ☐ Respondent     ☐ Intervenor        (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Alicia Lane**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Austin C. Raines**     Signature: s/ **Austin C. Raines**

Firm Name: **Michigan Department of Attorney General**

Business Address: **4th Floor, P.O. Box 30217**

City/State/Zip: **Lansing, MI  48909**

Telephone Number (Area Code): **(517) 335-3055**

Email Address: **rainesa@michigan.gov; mcquistonj@michigan.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17